IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CYNTHIA OYLER, | § | |
|     PLAINTIFF | § | |
| VS. | § | CIVIL ACTION |
| | § | |
| SHAMAT ENTERPRISES, INC., AND | § | FILE NO. 5:19-CV-1405-XR |
| PERRON & CAMPBELL, INC., | § | |
|     DEFENDANTS. | § | |
| | § | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff CYNTHIA OYLER ("Plaintiff") and Defendants, SHAMAT ENTERPRISES, INC., and PERRON & CAMPBELL, INC. ("Defendants"), collective, the "Parties", respectfully provide this joint notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

    Respectfully submitted,
    **KURZ LAW GROUP, LLC**
    4355 Cobb Parkway, Suite J-285
    Atlanta, GA 30339
    dennis@kurzlawgroup.com
    (404) 805-2494 Telephone
    (770) 428-5356 Facsimile

    By: */s/ Dennis R. Kurz*
         Dennis R. Kurz
         Texas State Bar No. 24068183

dennis@kurzlawgoup.com
**ATTORNEYS FOR PLAINTIFF**

**The McClenahan Law Firm, PLLC**
14603 Hueber Road, Building 32
San Antonio, Texas 78230
barry@mcclenahanlawfirm.com
(201) 525-9600 Telephone
(210) 525-9602 Facsimile

By: */s/ Barry A. McClenahan*
Barry A. McClenahan
Texas State Bar No. 13404400
barry@mcclenahanlawfirm.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 3rd day of June, 2020, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Barry A. McClenahan
THE MCCLENAHAN LAW FIRM, PLLC
14603 Hueber Road, Building 32
San Antonio, Texas 78230
*Attorney for Defendant*

                                            */s/ Dennis R. Kurz*
                                            Dennis R. Kurz